

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2019

No. 04-18-00752-CV

Marcus F. **KASPAR** and Deborah Kaspar,
Appellants

v.

**MS SERVICES, LLC,**
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000235
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

This appeal was submitted on briefs on June 5, 2019. On July 24, 2019, we granted the parties' joint motion to abate the appeal for the purpose of settlement. On August 21, 2019, we granted a first motion to extend the time to reach a settlement until September 3, 2019. On the extended due date, Appellants notified this court that Appellants have signed a settlement agreement and they request an extension of time to file a motion to dismiss until September 10, 2019.

Appellants' motion to extend the abatement period is GRANTED. We ORDER Appellant to file in this court not later than September 10, 2019, a motion to dismiss the appeal or a motion to reinstate the appeal.

All other appellate deadlines remain SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2019.



KEITH E. HOTTLE,
Clerk of Court